UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL S. SCHROEDER,

                              Plaintiff,

-against-

UNITED STATES,

                              Defendant.

**ORDER**

18-CV-6624 (VSB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2019

<u>VERNON S. BRODERICK</u>, United States District Judge:

    A status conference is scheduled in this matter for December 13, 2019 at 12:00 p.m.

    The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated:    November 27, 2019
              New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge