```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PAUL SCHROEDER,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :        18-CV-6624 (VSB)
              -against-                                     :
                                                            :             **ORDER**
UNITED STATES,                                              :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

VERNON S. BRODERICK, United States District Judge:

The Court held a status conference on December 13, 2019. In light of my comments at the conference, it is hereby:

ORDERED that Defendant shall file its motion for summary judgment no later than February 7, 2020. Plaintiff shall file his opposition to Defendant's motion for summary judgment no later than March 27, 2020. Defendant shall file its reply no later than April 10, 2020. Defendant is directed to Local Civil Rules 56.1 and 56.2.

IT IS FURTHER ORDERED that I will consider Plaintiff's previous filing, (Doc. 50), as part of Plaintiff's opposition to Defendant's motion for summary judgment. Plaintiff may either refile his documents in addition to any new papers he files when opposing summary judgment, or Plaintiff may incorporate his previously filed documents into his opposition brief by reference to specific pages of Document 50.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: December 13, 2019
     New York, New York

_____
Vernon S. Broderick
United States District Judge