UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAUL S. SCHROEDER,

                Plaintiff,                      18 **CIVIL** 6624 (VSB)

        -against-                          **JUDGMENT**

UNITED STATES OF AMERICA,
                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 11, 2020, the Government's motion for summary judgment, (Doc. 61), is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           August 12, 2020

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                            **BY:**
                                                       **Deputy Clerk**